# United States Bankruptcy Court
## Eastern District of Texas

In re **Linkside Park, LTD**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| El Dorado Holdings, Inc.<br>PO Box 865054<br>Plano, TX 75086 | | 1% | Ownership in Linkside Park |
| Linkside Point Ventures Ph. I., Ltd<br>4965 Preston Park Blvd. Suite 100<br>Plano, TX 75093 | | 70.51% | Ownership in Linkside |
| Sandler Linkside, Ltd.<br>4965 Preston Park Blvd. Suite 100<br>Plano, TX 75093 | | 27.49% | Ownership in Linkside Park |
| SSW Partners GP, LLC<br>4965 Preston Park Blvd<br>Suite 100<br>Plano, TX 75093 | | 1% | Ownership in Linkside |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Co-General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 4, 2010**

Signature **/s/ James Chen, El Dorado Holdings, Inc.**
James Chen, El Dorado Holdings, Inc.
President of Co-General Partner

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy