# United States Bankruptcy Court
## Eastern District of Texas

In re  **Linkside Park, LTD**  
　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the President of Co-General Partner of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __11__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 4, 2010**　　　　　　　Signature  **/s/ James Chen, El Dorado Holdings, Inc.**  
　　　　　　　　　　　　　　　　　　　　　　　　　**James Chen, El Dorado Holdings, Inc.**  
　　　　　　　　　　　　　　　　　　　　　　　　　**President of Co-General Partner**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.