IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

LINKSIDE PARK, LTD,

    Debtor.

§
§
§ Chapter 11
§
§ Case No. 10-40070
§
§
§

## ORDER GRANTING LEGACYTEXAS BANK'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY

On this day the Court considered the Motion of LegacyTexas Bank for Relief from Automatic Stay ("Motion"). The Court having reviewed the Motion, is of the opinion that the relief requested should be granted.

IT IS THEREFORE ORDERED that the automatic stay provided by Section 362 of the United States Bankruptcy Code is terminated to allow LegacyTexas Bank to exercise and enforce all its rights under the Promissory Note, Loan Renewal, Assignment of Rents and Deed of Trust described in the Motion executed by Linkside Park, Ltd. Debtor.

SIGNED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE