IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
(SHERMAN DIVISION)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LINKSIDE PARK, LTD. | § | CASE NO. 10-40070 |
| | § | |
| DEBTOR | § | |

**MOTION FOR EXTENSION OF DEADLINE TO FILE OBJECTION AND RESPONSE TO LEGACY TEXAS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:

COMES NOW, LINKSIDE PARK, LTD. (the "Debtor"), the debtor and debtor-in-possession in the above-referenced chapter 11 case, and files this Motion for Extension of Deadline to File Objection and Response to Legacy Texas Bank's Motion for Relief from Automatic Stay, and would respectfully show the Court as follows:

On or about January 27, 2010, Legacy Texas Bank filed their Motion for Relief from Automatic Stay.

James Chen, the principal owner of a co-general partner of Linkside Park Ltd. is currently out of the country and unable to communicate with counsel regarding the matters of the above styled case.

The Debtor requests a fourteen (14) day extension of the deadline for filing their Objection and Response to the above referenced Motion filed by Legacy Texas Bank to March 5, 2010.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests that this Court enter an order extending the deadline to file Objection and Response to Legacy Texas Bank's Motion for Relief from Automatic Stay to February 15, 2010, and granting the Debtor such other and further relief, at law or in equity, to which the Debtor may be justly entitled.

Respectfully submitted,
**MYERS WILSON P.C.**

By: /s/Michael H. Myers
    Michael H. Myers
    State Bar No. 24032779
    John T. Wilson
    State Bar No. 24008284
    16610 Dallas Parkway, Suite 2000
    Dallas, Texas 75248
    Telephone #: (972) 248-8080
    Facsimile #: (972) 248-8088

    **ATTORNEYS FOR DEBTOR
    LINKSIDE PARK, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2010, a true and correct copy of the foregoing was served on opposing counsel via regular mail, in accordance with the Federal Rules of Civil Procedure.

    /s/Michael H. Myers
    Michael H. Myers