ROBERT P. FRANKE
STATE BAR NO. 07371200
SCOTT SHANES
STATE BAR NO. 00784953
MELISSA L. GARDNER
STATE BAR NO. 24044526
**STRASBURGER & PRICE, LLP**
901 MAIN STREET, SUITE 4400
DALLAS, TEXAS 75202
(214) 651-4300
(214) 651-4330 Fax

**ATTORNEYS FOR LEGACYTEXAS BANK**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| LINKSIDE PARK, LTD, | § | |
| | § | Case No. 10-40070 |
| Debtor. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following: (1) LegacyTexas Bank's Motion for Relief from Automatic Stay, and (2) Motion for Extension of Deadline to File Objection and Response to LegacyTexas Bank's Motion for Relief from the Automatic Stay filed by the Debtor has been set for **Thursday, February 18, 2010 at 11:00 a.m.** in the courtroom of the Honorable Brenda Rhoades, United States Bankruptcy Judge, at 660 N. Central Expressway, Suite 300B, Plano, Texas 75074.

Dated: February 12, 2010.

Respectfully submitted,

*/s/ Robert P. Franke*
Robert P. Franke
State Bar No. 17371200
Scott Shanes
State Bar No. 00784953
Melissa L. Gardner
STATE BAR NO. 24044526
STRASBURGER & PRICE L.L.P.
901 Main St., Suite 4400
Dallas, Texas 75202
(214) 651-4300
(214 651-4330 (Fax)

ATTORNEYS FOR LEGACYTEXAS BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all on the attached service list and parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 12th day of February, 2010.

*/s/ Robert P. Franke*
Robert P. Franke

| | | |
|---|---|---|
| Michael H. Myers<br>Myers Wilson P.C.<br>16610 Dallas Parkway, Suite 2000<br>Dallas, Texas 75248 | **US Trustee**<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702 | C.D. Henderson Construction<br>1985 Forest Lane<br>Garland, Texas 75042 |
| Drywall Interiors, LP<br>2225 Century Circle<br>Irving, Texas 75062 | James Chen<br>5715 Thackery Drive<br>Plano, Texas 75093 | LegacyTexas Bank<br>5000 Legacy Drive<br>2nd Floor<br>Plano, Texas 75024 |
| Neal Cukerbaum<br>4965 Preston Park Blvd.<br>Suite 100<br>Plano, Texas 75093 | Scott & Reid General Contractors<br>14785 Preston Rd.<br>Suite 990<br>Dallas, Texas 75254 | Stewart Shurtleff<br>Griffith Nixon Davison, P.C.<br>Two Lincoln Centre<br>5420 LBJ Frwy, Suite 900<br>Dallas, Texas 75240 |