ROBERT P. FRANKE
STATE BAR NO. 07371200
SCOTT SHANES
STATE BAR NO. 00784953
MELISSA L. GARDNER
STATE BAR NO. 24044526
**STRASBURGER & PRICE, LLP**
901 MAIN STREET, SUITE 4400
DALLAS, TEXAS 75202
(214) 651-4300
(214) 651-4330 Fax

**ATTORNEYS FOR LEGACYTEXAS BANK**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| LINKSIDE PARK, LTD, | § | |
| | § | Case No. 10-40070 |
| Debtor. | § | |
| | § | Hearing Date: February 18, 2010 |
| | § | Hearing Time: 11:00 a.m. |

| **LEGACYTEXAS BANK'S EXHIBIT LIST FOR** |||||
| :---: | :---: | :---: | :---: | :---: |
| **HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |||||
| **EXHIBIT** | **DESCRIPTION OF EXHIBIT** | **OFFERED** | **OBJECTION** | **ADMITTED** |
| 1. | Construction Loan Agreement - March 29, 2006. | | | |
| 2. | Promissory Note - March 29, 2006. | | | |
| 3. | Loan Renewal, Extension and Modification Agreement - April 18, 2007. | | | |
| 4. | Deed of Trust (with Security Agreement and Assignment of Rents) - March 29, 2006. | | | |
| 5. | Assignment of Rents and Leases dated March 29, 2006. | | | |
| 6. | Forbearance Agreement dated October 1, 2009. | | | |
| 7. | Letter dated December 28, 2009 addressed to Debtor, et al. (Assignment of Rents) | | | |
| 8. | Loan Payoff Inquiry – 1/15/10. | | | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 9. | Schedules and Statement of Financial Affairs filed by Linkside Park. | | | |
| 10. | Summary Appraisal Report prepared by Ryan Hartmann– September 4, 2009. | | | |
| 11. | Plaintiff's Original Petition – 199-05063-2009, 199th Judicial District Court, Collin County, TX. | | | |
| 12. | Original Answer of Defendant James Chen. | | | |
| 13. | Defendant Neal Cuckerbaum's Original Answer. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Respectfully submitted,

*/s/ Robert P. Franke*
Robert P. Franke
State Bar No. 17371200
Scott Shanes
State Bar No. 00784953
Melissa L. Gardner
State Bar No. 24044526
STRASBURGER & PRICE L.L.P.
901 Main St., Suite 4400
Dallas, Texas 75202
(214) 651-4300
(214 651-4330 (Fax)

ATTORNEYS FOR LEGACYTEXAS BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all on the attached service list and parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 15th day of February, 2010.

            */s/ Robert P. Franke*
            Robert P. Franke

| | | |
|---|---|---|
| Michael H. Myers<br>Myers Wilson P.C.<br>16610 Dallas Parkway, Suite 2000<br>Dallas, Texas 75248 | **US Trustee**<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702 | C.D. Henderson Construction<br>1985 Forest Lane<br>Garland, Texas 75042 |
| Drywall Interiors, LP<br>2225 Century Circle<br>Irving, Texas 75062 | James Chen<br>5715 Thackery Drive<br>Plano, Texas 75093 | LegacyTexas Bank<br>5000 Legacy Drive<br>2nd Floor<br>Plano, Texas 75024 |
| Neal Cukerbaum<br>4965 Preston Park Blvd.<br>Suite 100<br>Plano, Texas 75093 | Scott & Reid General Contractors<br>14785 Preston Rd.<br>Suite 990<br>Dallas, Texas 75254 | Stewart Shurtleff<br>Griffith Nixon Davison, P.C.<br>Two Lincoln Centre<br>5420 LBJ Frwy, Suite 900<br>Dallas, Texas 75240 |