ROBERT P. FRANKE
STATE BAR NO. 07371200
SCOTT SHANES
STATE BAR NO. 00784953
MELISSA L. GARDNER
STATE BAR NO. 24044526
**STRASBURGER & PRICE, LLP**
901 MAIN STREET, SUITE 4400
DALLAS, TEXAS 75202
(214) 651-4300
(214) 651-4330 Fax

**ATTORNEYS FOR LEGACYTEXAS BANK**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| LINKSIDE PARK, LTD, | § | |
| | § | Case No. 10-40070 |
| Debtor. | § | |
| | § | Hearing Date: February 18, 2010 |
| | § | Hearing Time: 11:00 a.m. |

## LEGACYTEXAS BANK'S WITNESS LIST FOR
## HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

**TO:** **UNITED STATES BANKRUPTCY JUDGE:**

LegacyTexas Bank ("Legacy") files its Witness List in connection with the hearing on

the Motion for Relief from Automatic Stay set for February 18, 2010 at 11:00 a.m.

### I.
### Witnesses

Debtor may call the following witnesses:

1. Thomas M. Risley, Executive Vice President, LegacyTexas Bank;

2. Thomas Covert, Executive Vice President, LegacyTexas Bank;

3. Fred Brown, Executive Vice President/Director of Real Estate Lending, LegacyTexas Bank;

4. Stephen F. Ryan, MAI, Ryan, Hartman, Freidel Company;

5. John D. Campagna, MAI, Ryan, Hartman, Friedel Company;

6. Any witnesses designated by any other party appearing in this action; and

7. Rebuttal witnesses, as needed.

Dated: February 15, 2010.

>Respectfully submitted,
>
>*/s/ Robert P. Franke*
>Robert P. Franke
>State Bar No. 17371200
>Scott Shanes
>State Bar No. 00784953
>Melissa L. Gardner
>State Bar No. 24044526
>STRASBURGER & PRICE L.L.P.
>901 Main St., Suite 4400
>Dallas, Texas 75202
>(214) 651-4300
>(214 651-4330 (Fax)
>
>ATTORNEYS FOR LEGACYTEXAS BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all on the attached service list and parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 15th day of February, 2010.

>*/s/ Robert P. Franke*
>Robert P. Franke

Michael H. Myers
Myers Wilson P.C.
16610 Dallas Parkway, Suite 2000
Dallas, Texas 75248

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

C.D. Henderson Construction
1985 Forest Lane
Garland, Texas 75042

Drywall Interiors, LP
2225 Century Circle
Irving, Texas 75062

James Chen
5715 Thackery Drive
Plano, Texas 75093

LegacyTexas Bank
5000 Legacy Drive
2nd Floor
Plano, Texas 75024

Neal Cukerbaum
4965 Preston Park Blvd.
Suite 100
Plano, Texas 75093

Scott & Reid General Contractors
14785 Preston Rd.
Suite 990
Dallas, Texas 75254

Stewart Shurtleff
Griffith Nixon Davison, P.C.
Two Lincoln Centre
5420 LBJ Frwy, Suite 900
Dallas, Texas 75240