B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Texas

In re **Linkside Park, LTD**　　　　　　　　　　　　　　　　Case No. **10-40070**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the Manager of Co-General Partner of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 15, 2010**　　　　　　　Signature **/s/ Neal Cukerbaum, SSW Partners GP, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　**Neal Cukerbaum, SSW Partners GP, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　**Manager of Co-General Partner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.