.

In re **Linkside Park, LTD** , Case No. __10-40070__
Debtor

# SCHEDULE H - CODEBTORS - AMENDED

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James Chen**<br>**5715 Thackery Drive**<br>**Plano, TX 75093** | **LegacyTexas Bank**<br>**5000 Legacy Drive**<br>**2nd Floor**<br>**Plano, TX 75024** |
| **Neal Cukerbaum**<br>**4965 Preston Park Blvd**<br>**Suite 100**<br>**Plano, TX 75093** | **LegacyTexas Bank**<br>**5000 Legacy Drive**<br>**2nd Floor**<br>**Plano, TX 75024** |

**0**
_____ continuation sheets attached to Schedule of Codebtors