Michael H. Myers
State Bar No. 24032779
John T. Wilson
State Bar No. 24008284
**MYERS WILSON P.C.**
16610 Dallas Parkway
Suite 2000
Dallas, Texas 75248
Telephone: (972) 248-8080
Facsimile: (972) 248-8088

**ATTORNEYS FOR LINKSIDE PARK, LTD.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
(SHERMAN DIVISION)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **LINKSIDE PARK, LTD.** | § | CASE NO. 10-40070-BTR-11 |
| | § | |
| DEBTOR | § | Hearing: February 18, 2010 |
| | § | 11:00 a.m. |

**LINKSIDE PARK, LTD.'S WITNESS AND EXHIBIT LIST
FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY
SCHEDULED FOR FEBRUARY 18, 2010 AT 11:00 A.M.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**LINKSIDE PARK, LTD.** ("LINKSIDE"), a debtor-in-possession in interest in the above-captioned case, respectively submits this Witness and Exhibit List as follows:

**WITNESS LIST**

       1.     Neal Cukerbaum
       2.     Any witness listed by any other party to the hearing

**EXHIBIT LIST**

1. Debtor's Bankruptcy Schedules A-H
2. Any Exhibit listed by any other party

>Respectfully submitted,
>**MYERS WILSON P.C.**
>
>
>By: \_\_/s/Michael H. Myers_____
>Michael H. Myers
>State Bar No. 24032779
>John T. Wilson
>State Bar No.  24008284
>16610 Dallas Parkway
>Suite 2000
>Dallas, Texas   75248
>Telephone:  (972) 248-8080
>Facsimile:  (972) 248-8088
>
>**ATTORNEYS FOR LINKSIDE PARK, LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 15, 2010, a copy of the foregoing was served via electronic mail and/or United States Mail, First Class, Postage Prepaid, to Mr. Robert P. Franke of Strasburger & Price, L.L.P., at 901 Main Street, Suite 4400, Dallas, Texas 75202.

    /s/Michael H. Myers
Michael H. Myers