# United States Bankruptcy Court
## Eastern District of Texas

In re **Linkside Park, LTD**

_____ Case No. 10-40070

Debtor(s)    Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| Bailey Creations LLC<br>7290 Virginia Parkway Suite 2200<br>McKinney, TX 75071 | Bailey Creations LLC<br>7290 Virginia Parkway Suite 2200<br>McKinney, TX 75071 | Labor & Materials | Contingent | 2,286.66 |
| C. D. Henderson Construction Serv. Ltd<br>1985 Forest Lane<br>Garland, TX 75042 | C. D. Henderson Construction Serv. Ltd<br>1985 Forest Lane<br>Garland, TX 75042 | Disputed/Labor & Materials | Contingent | 179,968.80 |
| CoServ<br>7701 South Stemmons<br>Denton, TX 76210 | CoServ<br>7701 South Stemmons<br>Denton, TX 76210 | Utilities | Contingent | 14,854.47 |
| Drywall Interiors, LP<br>2225 Century Circle<br>Irving, TX 75062 | Drywall Interiors, LP<br>2225 Century Circle<br>Irving, TX 75062 | Labor & Materials | Contingent | 32,499.00 |
| Hai Nguyen<br>5516 Mountain Valley Dr.<br>The Colony, TX 75056 | Hai Nguyen<br>5516 Mountain Valley Dr.<br>The Colony, TX 75056 | Security Deposit | Contingent | 4,833.33 |
| HPH, Inc.<br>7290 Virginia Parkway Suite 2000<br>McKinney, TX 75071 | HPH, Inc.<br>7290 Virginia Parkway Suite 2000<br>McKinney, TX 75071 | Security Deposit | Contingent | 2,961.25 |
| Keller Williams Realty<br>4783 Preston Road, Ste. 100<br>Frisco, TX 75034 | Keller Williams Realty<br>4783 Preston Road, Ste. 100<br>Frisco, TX 75034 | Real Estate Broker | Contingent | 3,712.50 |
| Kenneth L. Maun<br>2300 Bloomdale Rd., Ste. 2324<br>McKinney, TX 75070 | Kenneth L. Maun<br>2300 Bloomdale Rd., Ste. 2324<br>McKinney, TX 75070 | Property Taxes | Contingent | 161,789.83 |
| Kurz Group, Inc.<br>8333 Douglas Ave., Ste. 1370<br>Dallas, TX 75225 | Kurz Group, Inc.<br>8333 Douglas Ave., Ste. 1370<br>Dallas, TX 75225 | Property Tax Service | Contingent | 4,599.00 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **LegacyTexas Bank**<br>**5000 Legacy Drive**<br>**2nd Floor**<br>**Plano, TX 75024** | **LegacyTexas Bank**<br>**5000 Legacy Drive**<br>**2nd Floor**<br>**Plano, TX 75024** | **7290 W. Virginia Parkway**<br>**McKinney, TX 75071**<br><br>**7250 W. Virginia Parkway**<br>**McKinney, TX 75071**<br><br>**7210 W. Virginia Parkway**<br>**McKinney, TX 75071** | | **6,900,000.00**<br><br>**(6,600,000.00 secured)** |
| **Linkside Point Ventures**<br>**5715 Thackery Dr.**<br>**Plano, TX 75093** | **Linkside Point Ventures**<br>**5715 Thackery Dr.**<br>**Plano, TX 75093** | **Partnership Loans** | **Contingent** | **47,130.10** |
| **Mister Sweeper, LP**<br>**PO Box 560048**<br>**Dallas, TX 75356** | **Mister Sweeper, LP**<br>**PO Box 560048**<br>**Dallas, TX 75356** | **Labor & Materials** | **Contingent** | **2,694.36** |
| **Munsch, Hardt, Kopf & Harr**<br>**3800 Lincoln Plaza**<br>**Dallas, TX 75201** | **Munsch, Hardt, Kopf & Harr**<br>**3800 Lincoln Plaza**<br>**Dallas, TX 75201** | **Legal Services** | **Contingent** | **14,414.92** |
| **Peterman & Associates, Inc.**<br>**PO Box 531807**<br>**Grand Prairie, TX 75053** | **Peterman & Associates, Inc.**<br>**PO Box 531807**<br>**Grand Prairie, TX 75053** | **Labor & Materials** | **Contingent** | **2,688.94** |
| **Pritchard Industries, Inc.**<br>**4040 Directors Row**<br>**Houston, TX 77092** | **Pritchard Industries, Inc.**<br>**4040 Directors Row**<br>**Houston, TX 77092** | **Labor & Materials** | **Contingent** | **4,973.00** |
| **RTI/Community Management Associates, Inc**<br>**1800 Preston Park Blvd., #101**<br>**Plano, TX 75093** | **RTI/Community Management Associates, Inc**<br>**1800 Preston Park Blvd., #101**<br>**Plano, TX 75093** | **Commercial Assesment** | **Contingent** | **2,919.13** |
| **Sandler Linkside Partners**<br>**4965 Preston Park Blvd. #100**<br>**Plano, TX 75093** | **Sandler Linkside Partners**<br>**4965 Preston Park Blvd. #100**<br>**Plano, TX 75093** | **Loan** | **Contingent** | **177,207.00** |
| **Schindler Elevator Corporation**<br>**8105 N. Belt Line Rd., Ste. 120**<br>**Irving, TX 75063** | **Schindler Elevator Corporation**<br>**8105 N. Belt Line Rd., Ste. 120**<br>**Irving, TX 75063** | **Disputed/Labor & Materials** | **Contingent** | **1,784.39** |
| **Scott & Reid General Contractors Inc**<br>**14785 Preston Road**<br>**Suite 990**<br>**Dallas, TX 75254** | **Scott & Reid General Contractors Inc**<br>**14785 Preston Road**<br>**Suite 990**<br>**Dallas, TX 75254** | **General Contractor** | **Contingent** | **21,425.00** |

In re   **Linkside Park, LTD**

Debtor(s)

Case No.   10-40070

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **U S Power and Environment LLC**<br>**7290 Virginia Parkway Suite 2300**<br>**McKinney, TX 75071** | **U S Power and Environment LLC**<br>**7290 Virginia Parkway Suite 2300**<br>**McKinney, TX 75071** | **Security Deposit** | **Contingent** | **4,583.33** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of Co-General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 15, 2010**                    Signature   **/s/ Neal Cukerbaum, SSW Partners GP, LLC**

**Neal Cukerbaum, SSW Partners GP, LLC**
**Manager of Co-General Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.